# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| PAULA FOOTE, individually and on behalf of others similarly situated, | |
| Plaintiff, | CIVIL ACTION FILE NO. 1:19-cv-04381-LMM |
| v. | |
| MATRIX WARRANTY SOLUTIONS, INC. d/b/a ELEMENT PROTECTION, CAR PROTECTION USA d/b/a CLEAR PATH, and JOHN DAVIS | |
| Defendants. | |

## DEFENDANTS MATRIX WARRANTY SOLUTIONS, INC., CLEAR PATH, AND JOHN DAVIS' MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED CLASS ACTION COMPLAINT

Defendants Matrix Warranty Solutions, Inc. d/b/a Element Protection ("Matrix"), Car Protection USA d/b/a Clear Path ("Clear Path"), and John Davis ("Davis"), by and through counsel, and pursuant to Federal Rule of Civil Procedure 12(b)(2), respectfully move the Court to dismiss Plaintiff's First Amended Class Action Complaint for lack of personal jurisdiction. Defendants contemporaneously submit and file herewith their Memorandum in Support of this motion.

WHEREFORE, for the reasons stated in their Memorandum in Support of their Motion to Dismiss, Matrix, Clear Path, and Davis respectfully request that the Court grant their Motion to Dismiss and enter an order dismissing the First Amended Class Action Complaint as to Matrix, Clear Path, and Davis, and further grant them any such other and relief that the Court deems equitable and just.

Dated: February 3, 2020

Respectfully Submitted,

BERMAN FINK VAN HORN P.C.

/s/__*Benjamin I. Fink*_____
BENJAMIN I. FINK
Georgia Bar No. 261090
KATHERINE M. SILVERMAN
Georgia Bar No. 395741
3475 Piedmont Road, N.E., Suite 1100
Atlanta, GA 30305
T: 404-261-7588
F: 404-233-1943
bfink@bfvlaw.com
ksilverman@bfvlaw.com

and

        Joseph P. Bowser, (*Pro Hac Vice* forthcoming)
ROTH JACKSON
1519 Summit Avenue, Suite 102
Richmond, VA 23230
T: 804-441-8701
F: 804-441-8438
jbowser@rothjackson.com

and

Gregory M. Caffas, (*Pro Hac Vice* forthcoming)
ROTH JACKSON
8200 Greensboro Drive, Suite 820
McLean, Virginia
T: 703-485-3533
F: 703-485-3525
gcaffas@rothjackson.com

*Counsel for Defendants Matrix Warranty Solutions, Inc., Car Protection USA, and John Davis*

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULES 7.1D AND 5.1B

I hereby certify that the foregoing Motion to Dismiss complies with the Local Rules' requirements as it was prepared using 14-point Times New Roman font.

        / s/__Benjamin I. Fink_____
        BENJAMIN I. FINK

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 3, 2020, the foregoing Motion to Dismiss was filed with the Clerk of the Court through the Court's electronic filing system, will automatically send e-mail notification of such filing to the following attorneys of record:

Anthony I. Paronich, *Pro Hac Vice*
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, Massachusetts 02043
T: (617) 738-7080
anthony@paronichlaw.com

and

Andrew W. Heidarpour, *Pro Hac Vice*
HEIDARPOUR LAW FIRM, PPC
1300 Pennsylvania Avenue NW, Suite #190-318
Washington, DC 20004
T: (202) 234-2727
aheidarpour@hlfirm.com

and

Steven H. Koval
3575 Piedmont Road
Building 15, Suite 120
Atlanta, GA 30305
T: (404) 513-6651
shkoval@aol.com

*Counsel for Plaintiff*

/s/ *Benjamin I. Fink*
BENJAMIN I. FINK