| | |
|---|---|
| **From:** | Anthony Paronich |
| **To:** | Joseph Bowser |
| **Cc:** | Gregory Caffas; Mitchell Roth |
| **Bcc:** | Anthony Paronich |
| **Subject:** | Paula Foote v. Matrix et al |
| **Date:** | Wednesday, February 5, 2020 9:13:25 AM |

Counsel:

With respect to Mr. Davis and Car Protection, please advise:

1. What steps they have taken to preserve relevant evidence in the hands of the vendor(s) they've hired;
2. When those steps were taken; and
3. What response was received, if any.

Regards,

----
Anthony Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
[o] (617) 485-0018
[c] (508) 221-1510
[f] (508) 318-8100
https://www.paronichlaw.com

This email message may contain legally privileged and/or confidential information.  If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.