# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| PAULA FOOTE, individually and on behalf of others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>MATRIX WARRANTY SOLUTIONS, INC.<br>d/b/a ELEMENT PROTECTION, CAR PROTECTION USA d/b/a CLEAR PATH, and JOHN DAVIS<br><br>    Defendants. | CIVIL ACTION FILE NO. 1:19-cv-04381-LMM |

## ORDER GRANTING MOTION FOR TRANSFER TO THE UNITED STATES DISTRICT COURT FOR THE <u>NORTHERN DISTRICT OF TEXAS</u>

On this date, the Court considered Plaintiff Paula Foote and Defendants, Matrix Warranty Solutions, Inc. d/b/a Element Protection, Car Protection USA d/b/a Clear Path, and John Davis' Joint Stipulation and Motion for Transfer of Case to the United States District Court for the Northern District of Texas.

After consideration, the Court GRANTS the motion, and hereby transfers this case to the United States District Court for the Northern District of Texas, Dallas Division, and directs the Clerk of the Court to effectuate the transfer.

Entered this 30th day of April, 2020

                                              _____
                                              Hon. Leigh Martin May
                                              Judge, United States District Court